IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GERALD W. MITCHELL            PLAINTIFF

v.          Case No. 3:12-cv-00106-KGB

PATRICK R. DONAHOE,
POSTMASTER GENERAL            DEFENDANT
UNITED STATES POSTAL SERVICE

## ORDER OF DISMISSAL

By Order dated October 1, 2012, the Court directed plaintiff Gerald W. Mitchell to advise the Court within 30 days whether, pursuant to his two motions to dismiss (Dkt. Nos. 21 and 24), he wanted to dismiss his lawsuit. Mr. Mitchell has not responded. Accordingly, Mr. Mitchell's complaint and all claims in this action are dismissed without prejudice. Fed. R. Civ. P. 41(a)(2). All other pending motions are denied as moot.

SO ORDERED this the 9 day of November, 2012.

_____
Kristine G. Baker
United States District Court