IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GERALD W. MITCHELL                                                              PLAINTIFF

v.                                    Case No. 3:12-cv-00106-KGB

PATRICK R. DONAHOE,
POSTMASTER GENERAL                                                        DEFENDANT
UNITED STATES POSTAL SERVICE

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ORDERED this 9 day of November, 2012.

*Kristine G. Baker*
Kristine G. Baker
United States District Court