IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GERALD W. MITCHELL                                      PLAINTIFF

v.                          Case No. 3:12-cv-00106-KGB

PATRICK R. DONAHOE,
POSTMASTER GENERAL                               DEFENDANT
UNITED STATES POSTAL SERVICE

## ORDER

Plaintiff Gerald W. Mitchell has written a letter to the Court dated November 13, 2012 (Dkt. No. 28). The Court construes Mr. Mitchell's letter as a motion to reconsider the Court's order of dismissal and to reopen this case. The Court directs the defendant to respond to Mr. Mitchell's motion by December 7, 2012.

SO ORDERED this the 20th day of November, 2012.

_____
Kristine G. Baker
United States District Court