IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GERALD W. MITCHELL**                                                                 **PLAINTIFF**

v.                                    **Case No. 3:12-cv-00106-KGB**

**PATRICK R. DONAHOE,**
**POSTMASTER GENERAL**                                                         **DEFENDANT**
**UNITED STATES POSTAL SERVICE**

## ORDER

By Order dated November 9, 2012, the Court dismissed without prejudice Mr. Mitchell's complaint and all claims in this action (Dkt. No. 26). Judgment was entered accordingly (Dkt. No. 27). On November 19, 2012, the Court received from Mr. Mitchell a letter (Dkt. No. 28) that the Court construed as a motion to reconsider the order of dismissal and to reopen the case (Dkt. No. 29). The Court directed the defendant to respond to Mr. Mitchell's motion (Dkt. No. 29). Defendant complied (Dkt. No. 30). On December 7, 2012, Mr. Mitchell again asked the Court to dismiss his case without prejudice (Dkt. No. 31). Pursuant to Mr. Mitchell's previous requests (Dkt. Nos. 21, 24), this case previously was dismissed without prejudice (Dkt. No. 26).

The only matter pending before the Court is Mr. Mitchell's motion to reconsider the order of dismissal and to reopen the case (Dkt. No. 29). Because Mr. Mitchell's latest filing again asks the Court to dismiss the case, the motion to reconsider the order of dismissal and to reopen the case is denied as moot (Dkt. No. 29). The case previously was dismissed without prejudice, is closed, and judgment has been entered.

SO ORDERED this the 11th day of December, 2012.

_____
Kristine G. Baker
United States District Judge